IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>BI BI LIM, *et al.*,<br><br>                    Defendants. | CASE NO.  1:23-CV-00442-CDB<br><br>ORDER RE: SUGGESTION OF DEATH AND DIRECTING PARTIES TO MAKE SUPPLEMENTAL FILING<br><br>(Doc. 17) |

On June 16, 2023, counsel for Plaintiff Jackson National Life Insurance Company ("Plaintiff") filed a suggestion of death upon the record as to Defendant Winston Lim ("Decedent") "in accordance with Fed. R. Civ. P. 25(a)(1)."  (Doc. 17).[1]  Plaintiff attached an obituary of Decedent noting he passed away on April 23, 2023.  (Doc. 17-1).  Federal Rule of Civil Procedure 25(a)(1) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

---

[1] On September 28, 2023, the parties consented to the jurisdiction of the United States Magistrate Judge and the action has been reassigned to Magistrate Judge Christopher D. Baker for all purposes pursuant to 28 U.S.C. § 636(c)(1).  (Docs. 25, 28-30).

The Ninth Circuit has held that there are two affirmative steps that trigger the running of the ninety-day period pursuant to Rule 25(a)(1).  *See Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994). First a party must formally suggest the death of the party upon the record.  *Id*. (citation omitted). Second, the suggestion of death must be served on parties in accordance with Rule 5 and served on non-parties in accordance with Rule 4.  *Id*. (citation omitted); Fed. R. Civ. P. 25(a).

The record demonstrates Plaintiff has satisfied the first step of Rule 25's two-step process.  (Doc. 17).  However, it is unclear whether the suggestion of death was served on the parties and non-parties in accordance with the applicable rules and that Rule 25(a)(1)'s ninety-day period was triggered.[2]  In the interest of justice, the Court will set a deadline for Plaintiff to comply with the notice requirement.

Accordingly, it is HEREBY ORDERED, within 30 days of the date of entry of this Order, the parties SHALL FILE any notice of suggestion of Defendant Winston Lim's death with the proper service of notice.

IT IS SO ORDERED.

Dated:   **February 21, 2024**            _____
                                          UNITED STATES MAGISTRATE JUDGE

---

[2] The Court is mindful that when the suggestion of death was filed, Plaintiff had been unsuccessful in serving several of the defendants.  (Docs. 16-17).

2