UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BI BI LIM. *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00442-CDB<br><br>ORDER GRANTING DEFENDANT CELESTINE LIM'S MOTION FOR SUBSTITUTION<br><br>(Docs. 61-63) |

Pending before the Court is Defendant Celestine Lim's motion for substitution of Defendant Winston Lim. (Doc. 61).[1] No party filed an opposition to the motion and the time to do so has expired. *See* Local Rule 230(c). On August 6, 2024, the Court issued an order noting Defendant Celestine Lim's motion was timely and that Defendant Winston Lim's claims had not been extinguished. (Doc. 62 at 2-3); *see Maseda v. Saul*, No. 1:20-cv-01657-JLT, 2021 WL 2268871, at *1 (E.D. Cal. June 3, 2021) (in evaluating a Rule 25(a)(1) motion, the Court must consider whether the motion is timely, the claims pled are extinguished, and the person being substituted is the proper party). The Court was unable to determine whether Defendant Celestine

---

[1] The Court incorporates the background information, procedural history, and analysis from its August 6, 2024, order regarding Defendant Celestine Lim's motion for substitution. (Doc. 62).

1  Lim was the proper party under Cal. Code Civ. Proc. § 377.30 and directed her to provide a
2  certified copy of Winston Lim's death certificate.  (Doc. 62 at 4-5).
3      On August 8, 2024, Defendant Celestine Lim filed a renewed declaration and attached a
4  letter of authority and court order appointing her as a personal representative of Winston Lim and
5  a certified copy of Winston Lim's death certificate.  (Doc. 63).  Accordingly, Defendant Celestine
6  Lim is the proper party under Cal. Civ. Proc. Code § 377.32.
7      Defendant Celestine Lim has presented sufficient evidence that the requirements of Rule
8  25(a)(1) are satisfied.  (Docs. 61, 63).  Accordingly, the Court HEREBY ORDERS:
9  1. Defendant Celestine Lim's unopposed motion for substitution (Doc. 61) is GRANTED;
10 2. Defendant Celestine Lim is substituted as successor in interest for Defendant Winston
11    Lim; and
12 3. The Clerk of the Court is directed to amend the docket to reflect the substitution of
13    Defendant Celestine Lim as successor in interest for Defendant Winston Lim.
14 IT IS SO ORDERED.
15   Dated:  **August 12, 2024**                           _____
16                                                          UNITED STATES MAGISTRATE JUDGE