IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BI BI LIM, WINSTON LIM, CELESTINE LIM, VENANCIO LIM, WILLIE LIM, PETERSON LIM, TIFFANY AUNG, CRYSTAL AUNG, KYI AUNG, KYI AUNG as Personal Representative of the ESTATE OF CAROLINE LIM, AND DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00442-CDB<br><br>ORDER ON STIPULATED JUDGMENT<br><br>(Doc. 80) |

   Pending before the Court is the stipulated judgment of Defendants BiBi Lim, Celestine Lim, Venancio Lim, Willie Lim, and Winston Lim, including their successors, heirs, estates, agents, legal counsel, executors, insurers, administers, and assigns ("Lim Defendants") and Defendants Tiffany Aung, Crystal Aung, and Kyi Aung, as Personal Representative of the Estate of Caroline Lim ("Aung Defendants") (collectively, the "Parties"), filed on February 13, 2025.  (Doc. 80).  The Court has reviewed the parties' pleadings and finds good cause to order the stipulated disbursements as requested herein.  Accordingly, the stipulated judgment is GRANTED as set forth below:

   ///

   ///

IT IS HEREBY ADJUDGED, ORDERED AND DECREEED, upon good cause appearing, that Judgment is hereby entered as follows:

    a. 58% of the gross proceeds to the Lim Defendants.

    b. 42% of the gross proceeds to the Aung Defendants.

AND IT IS FURTHER ORDERED that:

The Clerk of the Court shall issue checks from the amount currently on deposit as follows:

    a. A check in the amount of 58% of the $444,446.43, plus 58% of any accrued interest to the Lim Defendants, made payable to "Law Office of Michael S Braun Client Trust Account" and sent to Law Office of Michael S Braun, C/O Kevin Hatanian, Esq., 21515 Hawthorne Blvd., Suite # 670, Torrance, CA 90503.

    b. A check in the amount of 42% of the $444,446.43, plus 42% of any accrued interest to the Aung Defendants, made payable to "Zimmer & Melton, LLP Client Trust Account" and sent to Zimmer & Melton LLP, C/O Micah Nilsson, Esq., 11601 Bolthouse Drive, Suite # 100, Bakersfield, CA 93311.

The Clerk of the Court is DIRECTED to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **February 19, 2025**

UNITED STATES MAGISTRATE JUDGE

ORDER ON STIPULATED JUDGMENT